GEORGE W. MUMBY, Respondent, *v.* THOMAS JACKSON, Appellant.

(Argued October 8, 1877; decided November 13, 1877.)

ASIDE from some minor questions as to the reception and rejection of evidence the point sought to be presented in this case was that there was no sufficient evidence to sustain the finding of the jury. There was no motion for a nonsuit or exception to the charge. *Held*, that the verdict was final as to the facts, and however much the jury may have erred, there was no exception to present the question.

*William H. Hollis*, for appellant.

*Joseph M. Dixon*, for respondent.

EARL, J., reads for affirmance.
All concur, except FOLGER and MILLER, JJ., absent.
Judgment affirmed.